OFFICE COPY

BLANK ROME, LLP
Attorneys for Plaintiff
ANGOALISSAR LDA
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGOALISSAR LDA,

    Plaintiff,

-against-

TRIDENT INTERNATIONAL TRADING CORP.,

    Defendant.

**Judge Hellerstein**

07 Civ. **07 CIV 7028**

**RULE 7.1 STATEMENT**



RECEIVED
AUG 0 6 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff ANGOALISSAR LDA certifies that, according to information provided to counsel by its clients, ANGOALISSAR LDA is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
            August 6, 2007

                            BLANK ROME, LLP
                            Attorneys for Plaintiff
                            ANGOALISSAR LDA

                            By_____
                            Thomas H. Belknap, Jr. (TB-3188)
                            The Chrysler Building
                            405 Lexington Ave.
                            New York, NY 10174-0208
                            (212) 885-5000